PS 8
(3/15)

Case 1:14-cr-02092-SAB    Document 323    Filed 09/23/15

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 23, 2015**

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Gardee, Anthony Linn | Docket No. | 0980 1:14CR02092-SAB-4 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Anthony Linn Gardee, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 27th day of January, 2015 under the following conditions:

Condition #6: Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times in such manner as they direct.

Condition #17: Prohibited substance testing: Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

Violation #1: Failing to report in person to the United States Probation Office since June 8, 2015.

Violation #2: Failing to submit to random urine testing at Merit Resource Services since June 28, 2015, as directed by the United States probation officer.

**PRAYING THAT THE COURT WILL ORDER A SUMMONS**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 21, 2015

by s/Linda Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

/s/ James P. Hutton
Signature of Judicial Officer

9/23/2015
Date

